UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| CAMPBELL STREET COMPLET L.L.C, | ) |
| Plaintiff, | ) |
| v. | ) Cause No. 2:21-CV-57-PPS-JEM |
| DISCOUNT TWO WAY RADIO CORPORATION, | ) |
| Defendant. | ) |

## ORDER

The parties' Joint Stipulation of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) [DE 29] is **GRANTED**. This action is **DISMISSED WITH PREJUDICE** as to Plaintiff's individual claims and **DISMISSED WITHOUT PREJUDICE** as to class allegations**.** Each party to bear its own fees and costs. The Clerk is directed to close this case.

**SO ORDERED on January 27, 2022.**

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRUCT COURT